## JACOBS *v.* TURNER et al.

Where notice of protest of a note is left at the counting-room of an endorser, with a person who declared himself to be his agent, the notice, having been left at the proper place, cannot be affected by proof that the person with whom it was left was not the agent of the endorser.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J. There was a judgment below in this case against the endorser, *T. B. Lee*, from which he appealed. The judge, in giving his reasons for the judgment, says : " That notice of protest was given to the endorser *Lee*, by leaving it at his counting-room with a gentleman who 'declared himself his agent.' The regularity of this notice has been supposed to depend on the fact of the person in question being actually defendant's agent, which I think immaterial. The notice was left at the proper place, and whether the person with whom it was left was agent or not, cannot invalidate it."

*B. A. Crawford* and *Hamner*, for the plaintiff, cited 14 La. 494. 15 La. 113. *B. B. Lee*, for the appellant, relied on Story on Notes, § 309.

EUSTIS, C. J. For the reasons given by the district judge, the judgment in this case is affirmed, with costs.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## SUCCESSION OF WHITE.

No appeal will lie from an interlocutory judgment which can cause no irreparable injury to the party who deems himself aggrieved.

APPEAL from the Second District Court of New Orleans, *Canon*, J. J., and *H. H. Strawbridge*, for the executrix, appellant. *T. G. Morgan*, for the opponent. The judgment of the court was pronounced by

KING, J. This appeal is taken from an interlocutory judgment of the District judge, sustaining an exception to the sufficiency of an opposition filed to an executrix' account, and permitting the opponent to amend her pleadings. An examination of the record has satisfied us that the judgment appealed from is not one which can cause an irreparable injury to the appellant, and that a case is not presented which authorises the appellant to claim a revision of the judgment of the inferior court, at the present stage of the proceedings.

*Appeal dismissed.*